TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00336-CV







Pat and Tracey Wilson, Kobie Wood and the John S. Welsh Estate/Ervin

Coblentz d/b/a Americalf, Appellants


v.



Texas Commission on Environmental Quality and Ervin Coblentz d/b/a

Americalf/Pat and Tracey Wilson, Kobie Wood and the

John S. Welsh Estate, Appellees





FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT


NO. GN103762, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N




 This appeal, cause number 03-04-00336-CV, has been consolidated into cause
number 03-04-00337-CV for all purposes. Because there will be no further activity in 03-04-00336-CV, we dismiss this appeal.



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith


Dismissed


Filed: August 12, 2004